UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WINSTON N.-P.                                     Case No. 26-cv-3368 (LMP/JFD)

                    Petitioner,

v.                                                          **ORDER**

TODD BLANCHE, *Acting Attorney
General*; MARKWAYNE MULLIN,
*Secretary, U.S. Department of Homeland
Security*; DAVID J. VENTURELLA,
*Acting Director of Immigration and
Customs Enforcement*; and DAVID
EASTERWOOD, *Acting Director, St.
Paul Field Office Immigration and
Customs Enforcement*, RYAN SHEA,
*Sheriff, Freeborn County.*

                    Respondents.

**IT IS HEREBY ORDERED** that:

1.   Respondents are directed to file an answer to Petitioner Winston N.-P.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before **Wednesday, July 29, 2026**, certifying the true cause and proper duration of Winston N.-P.'s confinement and showing cause why the writ should not issue in this case;

2.   Respondents' answer must include:

     a.   Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Winston N.-P.'s detention in light of the issues raised in his Petition;

b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Winston N.-P.'s claims; and

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    If Winston N.-P. intends to file a reply to Respondents' answer, he must do so on or before **Monday, August 3, 2026**;

4.    No further submissions from the parties will be permitted except as authorized by Court order; and

5.    Respondents are **ORDERED** not to move Winston N.-P. outside of the District of Minnesota during the pendency of these proceedings, so that Winston N.-P. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: July 22, 2026                          *s/Laura M. Provinzino*
Time: 10:43 a.m.                              Laura M. Provinzino
                                             United States District Judge

2